# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **H.T. et al.,**        **Plaintiffs,** | : :  : |
| v. | : Civ. No. 21-3846 : |
| **CENTRAL BUCKS SCHOOL DISTRICT,**        **Defendant.** | : : |

### O R D E R

**AND NOW**, this 1st day of September, 2021, it is hereby **ORDERED** that, as Plaintiffs have requested, Plaintiffs' Motion Pursuant to Rule 65 for Temporary Restraining Order and Preliminary Injunction (Doc. No. 2) is **WITHDRAWN without prejudice**. The hearing scheduled for today, September 1 at 1:00 p.m. is **CANCELLED**. Should it appear (as Plaintiffs had previously suggested) that the Central Bucks School District and others may defy, ignore, challenge, or otherwise fail to comply with the Secretary of Health's August 31st, 2021 Order Directing Face Coverings in School Entities, Plaintiffs are free to renew their Motion, which will be addressed very promptly.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.