IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H.T., individually and on behalf of a minor, M.H., et al. : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **CENTRAL BUCKS SCHOOL DISTRICT,** : <br> **Defendant.** : | Civ. No. 21-cv-3846 |

## O R D E R

**AND NOW**, this 20th day of September, 2021, upon consideration of Plaintiffs' Motion for Expedited Discovery and Protective Order (Doc. No. 26), it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED without prejudice**. As I previously ordered, Plaintiffs must respond to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP 12(b)(1) and Motion to Dismiss for Failure to State a Claim Pursuant to FRCP 12(b)(6) no later than **Friday, September 24, 2021 at 12:00 p.m**. (Doc. Nos. 24-25.) Should I deny Defendant's Motions, Plaintiffs may renew their Motion for Expedited Discovery.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.