IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H.T., individually and on behalf of a minor, M.H., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL BUCKS SCHOOL DISTRICT<br><br>Defendant. | Case No. 2:21-cv-3846-PD |

**RULE 41 STIPLATION OF DISMISSAL**

Plaintiffs in the above-captioned file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The Parties, by and through undersigned counsel, hereby stipulate to the dismissal of the matter.

It is so stipulated this 19th day of January, 2022.

Respectfully Submitted,

/s/Michael D. Raffaele
Michael D. Raffaele (PA ID 91615)
Raffaele & Associates, LLC
1230 County Line Road
Bryn Mawr, PA 19010
(610) 922-4200
(610) 646-0888 [fax]
Michael@MyKidsLawyer.com

/s/Douglas C. Maloney
Douglas C. Maloney (PA ID 34388)
Begley, Carlin, & Mandio, LLP
680 Middletown Boulevard
Langhorne, PA 19047
(215) 750-0110
(215) 750-0954 [fax]
DMaloney@begleycarlin.com

## CERTIFICATE OF SERVICE

I caused a copy of the foregoing Rule 41 Stipulation of Dismissal to be served on Defendant's counsel via the Electronic Case Filing System of the Eastern District of Pennsylvania this day.

Date:   19 January 2022                           */s/Michael D. Raffaele*